# EXHIBIT A



**CSC**

**Notice of Service of Process**

null / ALL
Transmittal Number: 26895095
Date Processed: 05/09/2023

| | |
|---|---|
| **Primary Contact:** | Dionne C. Rainey<br>Conduent<br>1702 N Collins Blvd<br>Ste 260<br>Richardson, TX 75080-3655 |
| **Electronic copy provided to:** | Jamie Broedel<br>Susan Majkszak<br>Nicole Bearce |

| | |
|---|---|
| **Entity:** | Conduent Business Services, LLC<br>Entity ID Number  2841238 |
| **Entity Served:** | Conduent Business Services, LLC |
| **Title of Action:** | Joan Shelton vs. Comerica Bank, d/b/a "Direct Express" |
| **Matter Name/ID:** | Joan Shelton vs. Comerica Bank, d/b/a "Direct Express" (14041263) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Others |
| **Court/Agency:** | Alameda County Superior Court, CA |
| **Case/Reference No:** | 23CV029575 |
| **Jurisdiction Served:** | California |
| **Date Served on CSC:** | 05/09/2023 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Wilcox Law Firm, P.C.<br>408-296-0400 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

ELECTRONICALLY FILED
Superior Court of California
County of Alameda
03/17/2023
Chad Finke, Executive Officer / Clerk of the Court
By: _____ A. Linhares _____ Deputy

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
COMERICA BANK, a national banking association, d/b/a "DIRECT EXPRESS", and CONDUENT BUSINESS SERVICES, LLC, DOES 1-10,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Joan Shelton

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero o bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* Alameda County Superior Courthouse

1225 Fallon St, Oakland, CA 94612

**CASE NUMBER:**
*(Número del Caso):* **23CV029575**

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Joan Shelton, 6526 Eastlawn St., Oakland, CA 94621, 510-753-7370

DATE: 03/17/2023   Chad Finke, Executive Officer / Clerk of the Court   Clerk, by ___ A. Linhares ___ , Deputy
*(Fecha)*   *(Secretario)*   *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*
3. [X] on behalf of *(specify):* Conduent Business Services, LLC

under: [ ] CCP 416.10 (corporation)    [ ] CCP 416.60 (minor)
[ ] CCP 416.20 (defunct corporation)    [ ] CCP 416.70 (conservatee)
[ ] CCP 416.40 (association or partnership)    [ ] CCP 416.90 (authorized person)
[X] other *(specify):* Limited Liability Company
4. [ ] by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courts.ca.gov*

ELECTRONICALLY FILED
Superior Court of California
County of Alameda
04/07/2023
Chad Finke, Executive Officer / Clerk of the Court
By: _____ Chan Huang _____ Deputy

1    JOAN SHELTON
     6526 Eastlawn St.
2    Oakland, CA 94621
     (In pro per)

3

4            SUPERIOR COURT OF THE STATE OF CALIFORNIA

5            COUNTY OF ALAMEDA (UNLIMITED JURISDICTION)

6    JOAN SHELTON,                          )    Case No.: 23CV029575
                                            )
7            Plaintiff,                      )    **FIRST AMENDED COMPLAINT**
                                            )
             v.                             )    **DEMAND FOR JURY TRIAL**
8                                           )
     COMERICA BANK, a national banking      )
9    association, d/b/a "DIRECT EXPRESS", and )  **Judge:** Hon. Jeffrey Brand
     CONDUENT BUSINESS SERVICES, LLC,       )    **Dept.:** 22
10   and DOES 1-10,                         )    **Complaint Filed:** March 17, 2023
                                            )    **Trial Date:** None Set
11                                          )
             Defendants.                     )
12                                          )
                                            )
13                                          )
                                            )
14                                          )
                                            )
15   _____       )

                         **I. INTRODUCTION**

16   1.   On March 4, 2022, Comerica Bank dba Direct Express and Conduent Business Services,

17        LLC (hereafter "Defendants") let an identity thief make an unauthorized electronic

18        transaction from Plaintiff's bank account. Plaintiff timely disputed the transaction.

19   2.   On March 22, 2022, Defendants sent Plaintiff a letter denying her fraud claim.

20   3.   As a result of Comerica Bank's unlawful acts and omissions, Plaintiff has been damaged

21        by a loss of her money as well as emotional distress.

22   4.   Joan Shelton is a disabled person as that term is defined by Cal. Civil Code § 1761.

23        Defendants knew that their conduct was directed at a disabled person. Plaintiff is

24        substantially more vulnerable to Defendants' conduct than other members of the public

                              FIRST AMENDED COMPLAINT

                                        1

Electronically Received 04/07/2023 01:09 PM

1    because of her disability, and actually suffered substantial physical, emotional, and

2    economic damages resulting from Defendants' conduct.

3    5.  According to the FBI, Identity Theft complaints have nearly doubled from 2012 to 2015,

4    and it is the fastest growing crime in the United States.  In 2012 alone, 12.6 million people

5    in the United States became victims of identity theft.

6    6.  As expressly stated by Congress, the federal Electronic Funds Transfer Act's (EFTA)

7    "primary objective … is the provision of individual consumer rights."  In furtherance of

8    that primary objective, the EFTA mandates that, upon notification that fraudulent

9    transactions have occurred, a financial institution must conduct an investigation.  And if

10    the financial institution concludes unreasonably (based on the evidence available to it) that

11    no fraudulent transactions occurred, then the financial institution is liable, subjecting it to

12    actual, statutory, and treble damages.  15 U.S.C. §§ 1693m(a)(1) & 1693f(e).

13    7.  Defendants have a history, business plan, or practice of unlawful and harmful practices

14    similar to herein.

15    8.  Defendants have repeatedly been put on notice that their procedures, including fraud

16    prevention and fraud investigation, are faulty and causing grave harm to innocent people,

17    specifically those that are most vulnerable in our community (the disabled, seniors and

18    veterans).

19 **II. JURISDICTION AND VENUE**

20    9.  Comerica Bank is authorized to do business and does business in California.

21    10.  Conduent Business Services LLC is authorized to do business and does business in

22    California.

23    11.  The Defendants are jointly and severally liable for the actions taken, including those they

24    have taken on behalf of each other.

FIRST AMENDED COMPLAINT

12. Jurisdiction of this Court arises under Cal. Civil Procedure § 395(b).

13. Venue is proper in that the harm occurred here and Defendants transact business here and have significant and substantial contacts with the state of California.

### III. PARTIES

14. Plaintiff is a natural person residing in Oakland, California.

15. Plaintiff is a "consumer" as defined by 15 U.S.C. §1693a(6).

16. Plaintiff is "disabled" as defined by Civil Code §1761.

17. Defendants knew or should have known that their conduct was directed to a disabled person. As a disabled person, Plaintiff is substantially more vulnerable than other members of the public to the defendants' conduct because of age, poor health or infirmity, impaired understanding, restricted mobility, or disability, and actually suffered substantial physical, emotional, or economic damage resulting from the defendant's conduct.

18. Defendant Comerica Bank is a Texas banking association, which was doing business at all relevant times in Alameda county and throughout California. Comerica Bank is a "financial institution as that term is defined by 15 U.S.C. §1693a(9). Comerica Bank's headquarters and principal place of business is located in Dallas, Texas.

19. Defendant Conduent Business Services LLC headquarters and principal place of business is located in New Jersey.

20. Defendants Does 1 through 10 are persons or entities whose true names and capacities are presently unknown to Plaintiff, and therefore are sued by such fictitious names. Plaintiff is informed and believes and thereon alleges that each of the fictitiously named Defendants perpetrated some or all of the wrongful acts alleged herein, is responsible in some manner for the matters alleged herein, and is jointly and severally liable to Plaintiff. Plaintiff will

FIRST AMENDED COMPLAINT

3

1    seek leave of court to amend this complaint to state the true names and capacities of such

2    fictitiously named defendants when ascertained.

3    21. Plaintiff alleges that at all times herein mentioned, each of the Defendants was, and is now,

4    the agent, servant, employee and/or other representative of the other Defendants. And in

5    doing the things herein alleged, Defendants were acting in the scope, purpose and authority

6    of such agency, service employment, and/or other representative capacity with the

7    permission, knowledge, consent, and ratification of the other Defendants.

8    22. Defendants authorized, approved, and/or ratified the acts herein.

9    23. Any reference herein to "Defendant" or "Defendants," without further qualification is

10    meant by Plaintiff to refer all Defendants.

## IV.  PLAINTIFF'S FACTUAL ALLEGATIONS

**Defendants Are Entrusted By The United States To Safely Administer And Protect**
**Members Of Our Community That Are Disabled And Receiving Social Security Benefits**

13    24. During the past several years, governmental agencies, including the Social Security

14    Administration, have increasingly replaced paper checks to beneficiaries with pre-paid

15    cards to distribute government benefits and other types of payments traditionally made by

16    paper check.  To effectuate the electronic transfer of these governmental benefit funds,

17    the United States Treasury trademarked the name "Direct Express" to describe a specific

18    pre-paid debit card governed by a contract between the Treasury Department and the

19    issuer, Comerica Bank.  In other words, pursuant to the contract between the US Treasury

20    and Comerica Bank, Comerica Bank is authorized to provide electronic benefit transfer

21    services, namely issue debit cards to recipients of Federal benefit payments.

22    25. Pursuant to the Treasury Department's contract with Comerica Bank, Comerica Bank is

23    obligated to comply with all applicable provisions of the Electronic Funds Transfer Act

24    (EFTA) (Title 15 U.S.C. §1693 *et seq*), also known as Regulation E, including dispute

FIRST AMENDED COMPLAINT

4

1    resolution and is subject to liability for unauthorized use and improper investigations of

2    fraud.

3    **Defendants Allowed An Identity Thief to Steal Plaintiff's Disability Benefits**

4    26.  In March 2022, Plaintiff, a disabled person, was receiving disability benefits of $1,588

5    each month.  This disability benefit was the only income Plaintiff had to support herself

6    and was used to pay her rent, utilities, food, and all other necessaries.  At the beginning

7    of each month, these disability benefits are deposited electronically into her Comerica

8    Bank Account.

9    27.  On March 3, 2022, a thief stole $1,003 out of an ATM account in San Jose, California.

10    Plaintiff has not visited San Jose in about 20 years.

11    28.  The next day, on March 4, 2022, Plaintiff discovered the fraud, immediately contacted

12    Defendant to dispute the fraudulent transaction.

13    **In Response To Plaintiff's Dispute, Defendants Send Plaintiff A Fraud**
     **Questionnaire, and then Fail Their Duty to Properly Investigate and Properly**
14    **Respond**

15    29.  In response to Plaintiff's dispute, Defendants sent Plaintiff a "Questionnaire of Fraud",

16    which she promptly returned, and Defendants received.

17    30.  On March 22, 2022, Defendants sent Plaintiff a cursory letter denying her fraud claim.

18    31.  Plaintiff then sought the help of a community legal services organization.  The legal

19    services clinic assisted Plaintiff by writing Defendants.  Unfortunately, the problem has

20    not been resolved, and Defendant continues to hold on to money belonging to Plaintiff

21    (having disputed the fraudulent transactions, Plaintiff's liability should have been limited

22    to $50).

23

24

FIRST AMENDED COMPLAINT

32. Plaintiff then sent another letter indicating she was the victim of fraud, and requested in writing that Defendants provide her the documents they relied on in denying her fraud claim.

33. Despite her efforts, Defendants have failed to properly investigate, and credit her account, and also did not provide the documents they relied on in denying her fraud claim.

34. By failing to credit Plaintiff's account the amount of unauthorized electronic transaction, Defendants possess money belonging to Plaintiff in violation of the law.

35. Thus, Defendants are claimants and have an interest in money or property in connection with a transaction procured through identity theft.

36. Defendants' refusal to return Plaintiff's disability benefits and their dismissive treatment of her caused her severe harm, including deprivation of her money, which left her unable to pay her rent, buy groceries and take care of other necessities, causing distress and anxiety, sleeping problems, crying spells, lack of focus and concentration.

37. Defendants also failed to provide a prompt written explanation as to why they denied Plaintiff's fraud claim, thereby violating 15 U.S.C. § 1693f.

38. As a direct and proximate result of the violations of the EFTA by Defendants, Plaintiff has been significantly damaged.

39. Plaintiff is entitled to actual, statutory and treble damages, along with reasonable attorney's fees and costs, pursuant to 15 U.S.C. §1693m(a).

40. Defendants' acts and omissions, including dismissively rejecting Plaintiff, are not accidental, nor a result of simply negligence, but instead a result of deliberately designed policies and procedures.

FIRST AMENDED COMPLAINT

6

41. Despite being on notice that their procedures are faulty, Defendants continue to use them, which leads to innocent seniors, the disabled, and veterans being harmed.

42. Defendants have a long history of rejecting victims' claims of fraud.

## V. FIRST CLAIM – ELECTRONIC FUNDS TRANSFER ACT
*(15 U.S.C. § 1693, et seq.)*

43. Plaintiff repeats the foregoing paragraphs as if fully reinstated herein.

44. At all material times relevant to this lawsuit, Plaintiff's account was an "account" as that term is defined under 15 U.S.C. § 1693a(2).

45. At all material times relevant to this lawsuit, Plaintiff was a "consumer" as that term is defined under 15 U.S.C. § 1693a(5).

46. At all material times relevant to this lawsuit, the debit of Plaintiff's social security benefits used for the fraudulent transaction was an "unauthorized electronic fund transfer" as that term is defined under 15 U.S.C. § 1693a(11), and constituted an "error" as that term is defined under 15 U.S.C. § 1693f(f).

47. Defendants violated 15 U.S.C. § 1693 *et seq.*

48. Plaintiff properly notified Defendants of the fraudulent transaction (or "error") pursuant to 15 U.S.C. § 1693.

49. Defendant failed to provide a prompt written explanation as to why it denied Plaintiff's fraud claim, thereby violating 15 U.S.C. § 1693f.

50. Defendants failed to limit Plaintiff's liability as required by § 1693g.

51. Defendants did not provisionally credit Plaintiff's account within ten (10) business days after receiving notice of the unauthorized electronic fund transfers, in violation of 15 U.S.C. § 1693f(c).

FIRST AMENDED COMPLAINT

7

52.  Defendants did not make a good faith investigation of the error asserted by Plaintiff with respect to the unauthorized electronic fund transfer, in violation of 15 U.S.C. § 1693f(a)3.

53.  Defendants did not have a reasonable basis for believing the unauthorized benefit transfer was not an error, in violation of 15 U.S.C. § 1693f(e)(2).

54.  Defendants knowingly and willfully concluded that the unauthorized electronic transfer was not an error when such conclusion could not reasonably have been drawn from the evidence available to Defendants at the time of its investigation, thus violating 15 U.S.C. § 1693f(e)(2).  As a result, Defendants are liable to Plaintiff for a trebling of her actual and statutory damages.  15 U.S.C. § 1693f(e)(2) and 15 U.S.C. § 1693m(a)(1).

## VI. SECOND CLAIM – CONVERSION

55.  Plaintiff repeats and re-alleges the paragraphs above.

56.  Defendants wrongfully exercised control over Plaintiff's personal property.

57.  Plaintiff had a possessory interest in the disability funds placed in her Comerica Bank account.

58.  Without Plaintiff's consent, Defendants intentionally took a possessory interest in such funds, and refused to re-credit or release them, depriving Plaintiff access to her personal property.

59.  Defendant intentionally took possession of $1,003.

60.  Defendant prevented Plaintiff from having access to these funds, and continues to do so.

61.  Defendant refused to return the funds, despite Plaintiff's demands.

62.  Plaintiff was harmed as a result, and Defendants' conduct was a substantial factor in causing Plaintiff's harm.

FIRST AMENDED COMPLAINT

63. Defendants acted with oppression, and/or malice, thereby entitling Plaintiff to punitive damages in an amount to be determined at trial. Defendants acted in a despicable manner and acted with a conscious disregard to the rights of Plaintiff.

## VII.  THIRD CLAIM – NEGLIGENT TRAINING AND SUPERVISION

64. Plaintiff incorporates by reference the above paragraphs as though fully stated herein below.

65. Defendants negligently trained and supervised their employees and agents as to the performance of their job duties. As a result of such negligent instruction and supervision, the employees/agents, while carrying out their job duties, caused injury and damage to Plaintiff

66. As a direct and proximate result of Defendants' unlawful conduct, Plaintiff has suffered damages in an amount to be determined at trial.

67. Defendants acted with oppression and/or malice, thereby entitling Plaintiff to punitive damages in an amount to be determined at trial.  Defendants acted in a despicable manner and acted with a conscious disregard to the rights of Plaintiff.

## XIII.  FOURTH CLAIM – NEGLIGENCE

68. Plaintiff incorporates by reference the above paragraphs as though fully stated herein below.

69. Defendants' outrageous, abusive, and reckless acts as described herein constitute negligence.

70. Defendants negligently inflicted emotional distress upon Plaintiff.

71. Defendants breached a duty imposed and failed to exercise ordinary care.

FIRST AMENDED COMPLAINT

9

72. Defendants owed Plaintiff a duty to refrain from unlawful activities, 15 U.S.C. § 1693f, conversion (Penal Code §507), and to properly investigate and respond to claims of identity theft and unauthorized fraudulent transactions (15 U.S.C. §1693(f)).

73. The breach of such duty proximately caused injury to Plaintiff.

74. The injury resulted from an occurrence the nature of which these statutes were designed to protect Plaintiff from.

75. Plaintiff is a member of the class of persons the statutes were designed to protect.

76. Defendants' conduct, as described herein, was wrongful conduct in that Defendants conducted their business in an abusive, oppressive, and harassing manner.

77. As a direct and proximate result of Defendants' unlawful conduct, Plaintiff has suffered damages in an amount to be determined at trial. Defendants' wrongful conduct as described herein actually and proximately caused Plaintiff harm, as noted above.

78. Defendants acted with oppression and/or malice, thereby entitling Plaintiff to punitive damages in an amount to be determined at trial. Defendants acted in a despicable manner and acted with a conscious disregard to the rights of Plaintiff.

## IX.  FIFTH CLAIM – VIOLATIONS OF UNFAIR COMPETITION LAW
### (Business & Professions Code § 17200, et seq.)

79. Plaintiff re-alleges and incorporate by reference herein each of the allegations set forth above.

80. Business & Professions Code §17200 *et seq.* (the "Unfair Competition Law" or "UCL") defines unfair competition to include any unlawful, unfair, or fraudulent business act or practice. Unfair competition also includes "unfair, deceptive, untrue or misleading advertising." The UCL authorizes the Court to order injunctive and/or declaratory relief and other equitable relief to remedy any violations.

81. Defendants' conduct as alleged above has been and will continue to be unlawful in that

FIRST AMENDED COMPLAINT

10

the conduct constitutes and will continue to constitute a violation of the EFTA and amounts to conversion, as alleged herein.

82. Defendants' conduct as alleged above has been and will continue to be unfair in that the harm to Plaintiff and the general public arising from Defendants' conduct outweighs the utility, if any, of the conduct alleged above.

83. Defendants' conduct as alleged above has been and will continue to be fraudulent and likely to deceive reasonable consumers in that Defendants have omitted and/or failed to disclose rights consumers are entitled to by law.

84. The unlawful, unfair, and fraudulent business acts and practices of Defendants described herein present a continuing threat to Plaintiff and the general public in that Defendants are currently engaging in such acts and practices, and will persist to do so unless and until an injunction is issued by the Court to enjoin Defendants' unlawful and unfair conduct.

85. As a result of Defendants' practices, Plaintiff and the general public have suffered and will continue to suffer injury in fact and lost money or property. As a direct and proximate result of the acts and practices alleged above, pursuant to California Business & Professions Code §17203, Plaintiff seek an order enjoining Defendants from engaging in such acts and practices as hereinabove alleged, and providing appropriate restitution (including the $1,003 taken from Plaintiff).

86. In addition, pursuant to Code of Civil Procedure § 1021.5, Plaintiffs seek recovery of attorneys' fees, costs, and expenses incurred in the filing and prosecution of this action.

WHEREFORE, Plaintiff prays for relief as set forth below.

## X. SIXTH CLAIM – CALIFORNIA IDENTITY THEFT STATUTE
*(Cal. Civ. Code § 1798.2, et seq.)*

87. Plaintiff re-alleges and incorporate by reference herein each of the allegations set forth

FIRST AMENDED COMPLAINT

11

1    above.

2    88.  Comerica Bank is a "claimant" within the meaning of Civil Code § 1798.92(a) in that it is

3        a person who purports to have a claim for money or interest in property in connection

4        with a transaction procured by identity theft.

5    89.  Plaintiff is a "victim of identity theft" within the meaning of Civil Code section

6        1798.92(c) in that she is a person who has had her personal identifying information used

7        without authorization by another to obtain credit, goods, services, money, or property

8        which Plaintiff did not use or possess, and she has filed a police report in this regard

        pursuant to Penal Code § 530.5.

9    90.  Plaintiff is a victim of identity theft within the meaning of Penal Code § 530.5 in

10       connection with the fraudulent withdrawals/transactions.

11   91.  Comerica Bank's acts and omissions violated Civil Code §§ 1798.92 and 1798.93

12       including, but not limited to, the sections listed below.

13   92.  Pursuant to Civil Code § 1798.93(c)(1), Plaintiff is entitled to a declaration that she was a

14       victim of identity theft regarding the fraudulent transaction, as discussed above.

15   93.  Plaintiff is entitled to a declaration that any security interest or other interest that

16       Comerica Bank may have obtained in Plaintiff's property is void and unenforceable.

17   94.  Pursuant to Civil Code § 1798.93(c)(5), Plaintiff is entitled to damages, attorney fees,

18       costs, and any equitable relief the court deems appropriate.

19   95.  Pursuant to Civil Code section 1798.93(c)(6), Plaintiff is entitled to a civil penalty of

20       $30,000.  Plaintiff provided written notice to Comerica Bank, at least thirty days prior to

21       filing an action, at the address designated by Comerica Bank for complaints related to

22       credit reporting issues, that a situation of identity theft might exist and explaining the

23       basis for that belief.  Comerica Bank failed to diligently investigate Plaintiff's

24       notification of a possible identity theft, and continued to pursue its claims against

        Plaintiff (by refusing to re-credit her account, and maintaining its possessory interest in

                                FIRST AMENDED COMPLAINT

the funds) after being presented with facts that establish Plaintiff was a victim of identity theft.

## XII.  PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that judgment be entered against Defendants for the following:

1.  Statutory, actual and punitive damages; attorney's fees and costs;

2.  Actual and statutory damages pursuant to 15 U.S.C. §1693m(a) and Cal. Civ. Code § 1798.93;

3.  Treble damages of Plaintiff's pursuant to §§1693f(e) & 1693m(a)(1);

4.  Treble damages pursuant to Cal. Civil Code § 3345;

5.  Statutory ($30,000) and actual damages pursuant to Civil Code §1798.93;

6.  Costs and reasonable attorney's fees pursuant to 15 U.S.C. §1693m(a)(3) and Civil Code §1798.93;

7.  Punitive damages pursuant to Cal. Civil Code section §3294;

8.  For declaratory, injunctive and other equitable relief; including an order that Plaintiff was a victim of identity theft and fraud;

9.  For such other and further relief as may be just and proper; and

10. Pre-judgment and post judgment interest at the legal rate.

Respectfully submitted,

_Joan Shelton_

Joan Shelton

April 7, 2023

Date

FIRST AMENDED COMPLAINT

13

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ALAMEDA | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Rene C. Davidson Courthouse<br>Administration Building, 1221 Oak Street, Oakland, CA 94612 | **FILED**<br>Superior Court of California<br>County of Alameda<br>03/17/2023<br>Chad Finke , Executive Officer / Clerk of the Court<br>By: _____ A. Linhares _____ Deputy |
| PLAINTIFF(S):<br>Joan Shelton | |
| DEFENDANT(S):<br>Comerica Bank, a national banking association, d/b/a DIRECT EXPRE | |
| **NOTICE OF CASE ASSIGNMENT** | CASE NUMBER:<br>23CV029575 |

### THIS FORM IS TO BE SERVED WITH THE SUMMONS AND COMPLAINT

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Rule 3.734 of the California Rules of Court and Title 3 Chapter 2 of the Local Rules of the Superior Court of California, County of Alameda, this action is hereby assigned by the Presiding Judge for all purposes to:

| | |
|---|---|
| ASSIGNED JUDGE: | Jeffrey Brand |
| DEPARTMENT: | 22 |
| LOCATION: | Rene C. Davidson Courthouse<br>Administration Building, 1221 Oak Street, Oakland, CA 94612 |
| PHONE NUMBER: | (510) 267-6938 |
| FAX NUMBER: | |
| EMAIL ADDRESS: | Dept22@alameda.courts.ca.gov |

Under direct calendaring, this case is assigned to a single judge for all purposes including trial.

Please note: In this case, any challenge pursuant to Code of Civil Procedures section 170.6 must be exercised within the time period by law. (See Code of Civ. Proc. §§ 170.6, subd. (a).(2) and 101.3)

NOTICE OF NONAVAILABILITY OF COURT REPORTERS: Effective June 4, 2012, the court will not provide a court reporter for civil law and motion hearings, any other hearing or trial in civil departments, or any afternoon hearing in Department 201 (probate). Parties may arrange and pay for the attendance of a certified shorthand reporter. In limited jurisdiction cases, parties may request electronic recording. Amended Local Rule 3.95 states: "Except as otherwise required by law, in general civil case and probate departments, the services of an official court reporter are not normally available. For civil trials, each party must serve and file a statement before the trial date indicating whether the party requests the presence of an official court reporter."

GENERAL PROCEDURES

Following assignment of a civil case to a specific department, all pleadings, papers, forms, documents and writings can be submitted for filing at either Civil Clerk's Office, located at the Rene C. Davidson Courthouse, Room 109, 1225 Fallon Street, Oakland, California, 94612, and the Hayward Hall of Justice, 24405 Amador Street, Hayward, California, 94544 and through Civil e-filing. Information regarding Civil e-filing can be found on the courts website. All documents, with the exception of the original summons and the original civil complaint, shall have clearly typed on the face page of each document, under the case number, the following:

### NOTICE OF CASE ASSIGNMENT

**ASSIGNED FOR ALL PURPOSES TO**
JUDGE Jeffrey Brand
DEPARTMENT 22

All parties are expected to know and comply with the Local Rules of this Court, which are available on the court's website at http://www.alameda.courts.ca.gov/Pages.aspx/Local-Rules(1) and with the California Rules of Court, which are available at www.courtinfo.ca.gov.

Parties must meet and confer to discuss the effective use of mediation or other alternative dispute processed (ADR) prior to the Initial Case Management Conference. The court encourages parties to file a "Stipulation to Attend ADR and Delay Initial Case Management Conference for 90 Days." The court's website contains this form and other ADR information. If the parties do not stipulate to attend ADR, the parties must be prepared to discuss referral to ADR at the Initial Case Management Conference.

COURT RESERVATIONS

The use of the Court Reservation System (CRS) is now mandated in many civil courtrooms within the Alameda County Superior Court. Instead of calling or emailing the courtroom to make a reservation, parties with a case assigned to a courtroom using CRS are directed to utilize CRS to make and manage their own reservations, within parameters set by the courtrooms. CRS is available 24 hours a day, seven days a week and reservations can be made from a computer or smart phone. Please note, you are prohibited from reserving more than one hearing date for the same motion.

Prior to scheduling any motion on CRS, including any Applications for Orders for Appearance and Examination, or continuing any motion, please review the online information (if any) for the courtroom in which you are reserving. There may be specific and important conditions associated with certain motions and proceedings. Information is available on the court's eCourt Public Portal at www.eportal.alameda.courts.ca.gov.

Chad Finke, Executive Officer / Clerk of the Court

A. Linhares, Deputy Clerk

By

**NOTICE OF CASE ASSIGNMENT**

## SUPERIOR COURT OF CALIFORNIA
## COUNTY OF ALAMEDA

COURTHOUSE ADDRESS:
Rene C. Davidson Courthouse
Administration Building, 1221 Oak Street, Oakland, CA 94612

PLAINTIFF:
Joan Shelton

DEFENDANT:
Comerica Bank, a national banking association, d/b/a DIRECT EXP

### NOTICE OF CASE MANAGEMENT CONFERENCE

Reserved for Clerk's File Stamp

**FILED**
Superior Court of California
County of Alameda
03/17/2023
Chad Finke, Executive Officer / Clerk of the Court
By: _____ A. Linhares _____ Deputy

CASE NUMBER:
23CV029575

TO THE PLAINTIFF(S)/ATTORNY(S) FOR PLAINTIFF(S) OF RECORD:

You are ordered to serve all named defendants and file proofs of service on those defendants with the court within 60 days of the filing of the complaint (Cal. Rules of Court, 3.110(b)).

Give notice of this conference to all other parties and file proof of service.

Your Case Management Conference has been scheduled on:

Date: 08/21/2023    Time: 2:00 PM    Dept.: 22

Location: Rene C. Davidson Courthouse
Administration Building, 1221 Oak Street, Oakland, CA 94612

TO DEFENDANT(S)/ATTORNEY(S) FOR DEFENDANT(S) OF RECORD:

The setting of the Case Management Conference does not exempt the defendant from filing a responsive pleading as required by law, you must respond as stated on the summons.

TO ALL PARTIES who have appeared before the date of the conference must:

Pursuant to California Rules of Court, 3.725, a completed Case Management Statement (Judicial Council form CM-110) must be filed and served at least 15 calendar days before the Case Management Conference. The Case Management Statement may be filed jointly by all parties/attorneys of record or individually by each party/attorney of record.

**Meet and confer**, in person or by telephone as required by Cal. Rules of Court, rule 3.724.

**Post jury fees** as required by Code of Civil Procedure section 631.

If you do not follow the orders above, the court may issue an order to show cause why you should not be sanctioned under Cal. Rules of Court, rule 2.30. Sanctions may include monetary sanctions, striking pleadings or dismissal of the action.

The judge may place a Tentative Case Management Order in your case's on-line register of actions before the conference. This order may establish a discovery schedule, set a trial date or refer the case to Alternate Dispute Resolution, such as mediation or arbitration. Check the court's eCourt Public Portal for each assigned department's procedures regarding tentative case management orders at https://eportal.alameda.courts.ca.gov.

**NOTICE OF
CASE MANAGEMENT CONFERENCE**

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ALAMEDA | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Rene C. Davidson Courthouse<br>1225 Fallon Street, Oakland, CA 94612 | **FILED**<br>Superior Court of California<br>County of Alameda<br>03/17/2023<br>Chad Finke, Executive Officer/Clerk of the Court<br>By: _____ A. Linhares _____ Deputy |
| PLAINTIFF/PETITIONER:<br>Joan Shelton | |
| DEFENDANT/RESPONDENT:<br>Comerica Bank, a national banking association, d/b/a DIRECT EXPRESS et al | |
| **CERTIFICATE OF MAILING** | CASE NUMBER:<br>23CV029575 |

I, the below-named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Notice of Case Management Conference upon each party or counsel named below by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in Oakland, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.


Joan Shelton
6526 Eastlawn St.
Oakland, CA 94621


Chad Finke, Executive Officer / Clerk of the Court

Dated: 03/20/2023                    By:

                                    A. Linhares, Deputy Clerk


**CERTIFICATE OF MAILING**

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Joan Shelton<br>6526 Eastlawn St., Oakland, CA 94621<br><br>TELEPHONE NO.: 510-753-7370   FAX NO. *(Optional):*<br>E-MAIL ADDRESS:<br>ATTORNEY FOR *(Name):* in pro per | **ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of Alameda<br>03/17/2023 at 03:17:41 PM<br>By: Angela Linhares,<br>Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
STREET ADDRESS: 1225 Fallon St.
MAILING ADDRESS: 1225 Fallon St.
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME: Rene C Davidson Court House

CASE NAME:
Joan Shelton v. Comerica Bank a national banking association, et. al.

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| [x] **Unlimited** (Amount demanded exceeds $25,000) [ ] **Limited** (Amount demanded is $25,000 or less) | [ ] Counter  [ ] Joinder<br>Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | **23CV029575** |
| | | JUDGE: |
| | | DEPT.: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)
**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)
**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)
**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)
**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
[ ] Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
[ ] RICO (27)
[x] Other complaint *(not specified above)* (42)
**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [ ] is [x] is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. [x] monetary b. [x] nonmonetary; declaratory or injunctive relief c. [x] punitive
4. Number of causes of action *(specify):*
5. This case [ ] is [x] is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*
Date: 3/17/2023
Joan Shelton
_____
(TYPE OR PRINT NAME)                              ► *(signature)* (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.
Page 1 of 2

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET
**CM-010**

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

**CASE TYPES AND EXAMPLES**

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*
**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice– Physicians & Surgeons
  Other Professional Health Care Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip and fall)
  Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  Intentional Infliction of Emotional Distress
  Negligent Infliction of Emotional Distress
  Other PI/PD/WD
**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)
**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/ Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute
**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*
**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*
**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court Case Matter
  Writ–Other Limited Court Case Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)
**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of County)
  Confession of Judgment *(non-domestic relations)*
  Sister State Judgment
  Administrative Agency Award *(not unpaid taxes)*
  Petition/Certification of Entry of Judgment on Unpaid Taxes
  Other Enforcement of Judgment Case
**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-harassment)*
  Mechanics Lien
  Other Commercial Complaint Case *(non-tort/non-complex)*
  Other Civil Complaint *(non-tort/non-complex)*
**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late Claim
  Other Civil Petition

1  Wilcox Law Firm, PC
   Ronald Wilcox, Bar #176601
2  Allison Krumhorn, Bar #311011
   2021 The Alameda, Suite 200
3  San Jose, CA 95126
   Telephone: (408) 296-0400
   Facsimile: (408) 296-0486
4  ronaldwilcox@gmail.com
   allisonkrumhorn@gmail.com
5
   Attorneys for Plaintiff Joan Shelton
6
7              **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

               **COUNTY OF ALAMEDA (UNLIMITED JURISDICTION)**
8
   JOAN SHELTON,                          )   Case No.: 23CV029575
9                                         )
              Plaintiff,                  )   **NOTICE OF APPEARANCE**
10                                        )
       v.                                 )
11                                        )   **Judge:** Hon. Jeffrey Brand
   COMERICA BANK, a national banking      )   **Dept.:** 22
12 association, d/b/a "DIRECT EXPRESS", and )  **Complaint Filed:** March 17, 2023
   CONDUENT BUSINESS SERVICES, LLC,       )   **Trial Date:** None Set
13 and DOES 1-10,                         )
                                          )
14            Defendants.                 )
                                          )
15                                        )
                                          )
16                                        )
                                          )
17                                        )
                                          )
18 _____
19 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:
20      PLEASE TAKE NOTICE that Ronald Wilcox, Esq. and Allison Krumhorn, Esq., of the

   Wilcox Law Firm, P.C., hereby note their appearance as counsel for the Plaintiff in this matter.
21
22      Dated: May 8, 2023                      WILCOX LAW FIRM, P.C.
23
                                                By: /s/ Ronald Wilcox
24                                       1

                               Notice of Appearance

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Ronald Wilcox, Esq.
2021The Alameda, Suite 200
San Jose, CA  95126-1122
Telephone Number: (408) 296-0400
Facsimile Number: (408) 296-0486
ronaldwilcox@gmail.com
Attorney for Plaintiffs

2

Notice of Appearance